# United States Court of Appeals
## For the First Circuit

---

No. 01-1460

UNITED STATES OF AMERICA,
Plaintiff, Appellee,

v.

RAMÓN FIGUEROA-ENCARNACIÓN,
Defendant, Appellant.

---

No. 01-1788

UNITED STATES OF AMERICA,
Plaintiff, Appellee,

v.

ALBERTO MEDINA,
Defendant, Appellant.

---

ERRATA SHEET

The opinion of this Court issued on July 3, 2003 is amended as follows: page 8, line 13-15, replace "but even on appeal, counsel has not expressed an objection on these terms" with "but trial counsel did not express an objection in these terms."